|  |  |  |  |  |
|---|---|---|---|---|
| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): | (12:20 - 12:31) 9 mins |
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Stephen Ybarra | | REPORTER/FTR<br>Jo Ann Bryce | |
| MAGISTRATE JUDGE<br>Alex G. Tse | DATE<br>May 13, 2020 | | NEW CASE<br>☐ | CASE NUMBER<br>4:20-mj-70327-MAG |

### APPEARANCES

| DEFENDANT<br>Gabriel Gonzales | AGE<br>39 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Joyce Leavitt | PD. ☒  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Noah Stern | INTERPRETER<br>n/a | | | ☐ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Ana Mendoza | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| ☒ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ STATUS TRIAL SET |
| ☒ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

### ARRAIGNMENT

| | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

### RELEASE

| | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☐ DETAINED   ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

### PLEA

| | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| | | | | |
|---|---|---|---|---|
| TO:<br>5/15/20 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT:<br>10:30 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ **Set Further Proceedings** |
| BEFORE HON.<br>DMR | ☒ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

These proceedings were held via telephone. Defendant consents to proceed by telephone. AUSA orally moves to unseal the entire case - Granted.

DOCUMENT NUMBER: