# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

```
FILED
Mar 23 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES OF AMERICA,

V.

GABRIEL CELESTINE GONZALES

DEFENDANT(S).   CR 21-0122 EMC

## INDICTMENT

(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine)

(21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine)

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this ___23rd___ day of March 2021.

Melinda K. Lock    /s/ M Lock
Clerk

Bail, $ __No process__

/s/ Sallie Kim
Magistrate Judge Sallie Kim

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

**FILED**

Mar 23 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> GABRIEL CELESTINE GONZALES, </br></br> Defendant. | CASE NO. CR 21-0122 EMC </br></br> VIOLATIONS: </br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine </br></br> 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine; </br></br> 21 U.S.C. § 853 – Forfeiture Allegation |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine)

On or about March 9, 2020, in the Northern District of California, the defendant,

GABRIEL CELESTINE GONZALES,

did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section

INDICTMENT

841(a)(1) and (b)(1)(A)(viii).

COUNT TWO:         (21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine)

On or about March 9, 2020, in the Northern District of California, the defendant,

GABRIEL CELESTINE GONZALES,

did knowingly and intentionally possess with intent to distribute cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION:      (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One and Two above, the defendant,

GABRIEL CELESTINE GONZALES,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

INDICTMENT                                     2

DATED:       March 23, 2021                                      A TRUE BILL.


                                                                 _____/s/_____
                                                                 FOREPERSON


STEPHANIE M. HINDS
Acting United States Attorney


_____/s Joseph Tartakovsky_____
JOSEPH TARTAKOVSKY
Assistant United States Attorney

INDICTMENT                                    3