1   JULIA M. JAYNE (State Bar No. 202753)
    ASHLEY RISER (State Bar No. 320538)
2   E-Mail:  *julia@jaynelawgroup.com*
    JAYNE LAW GROUP, P.C.
3   803 Hearst Avenue
    Berkeley, CA 94710
4   Telephone: (415) 623-3600
    Facsimile: (415) 623-3605
5
    Attorneys for Defendant
6   GABRIEL GONZALES

7                    **UNITED STATES DISTRICT COURT**

8                  **NORTHERN DISTRICT OF CALIFORNIA**

9
    UNITED STATES OF AMERICA,            CASE NO. CR 21-0122 JSW
10
              Plaintiff,
11                                       **JOINT STATUS REPORT IN
                                         RESPONSE TO APRIL 28, 2021 ORDER
12        v.                             FOR JOINT STATUS REPORT, DKT. 61**

13  GABRIEL GONZALES,
                                         _____
14            Defendant.
                                         Date:       May 5, 2021
15                                       Judge:      Hon. Jeffrey S. White

16         On April 28, 2021, this Court issued an Order requiring the parties to file a joint status

17  report in the above-captioned case. Dkt. 61. Accordingly, the parties hereby submit the following

18  report, as instructed by the Court:

19         At the present time, the parties do not anticipate a guilty plea or an evidentiary hearing.

20  Mr. Gonzalez is out of custody. Therefore, the parties intend to move forward with the set Status

21  Conference on May 11, 2021 at 1:15 PM and will request a further status conference rather than a

22  trial setting hearing to allow additional time for the defense investigation and further discussions

23  between the parties. A telephonic status conference is desired, and Mr. Gonzales agrees to appear

24  via telephone.

25         At this time, defense counsel has reviewed all discovery provided by the Government.

26  //

27  //

28

    JOINT STATUS REPORT
    Case No. CR 21-0122 JSW

                                              1

1    //

2    Dated: May 3, 2021                 Respectfully submitted,

3

4

5                            _____/s/_____
                           JOSEPH TARTAKOVSKY
                           Assistant United States Attorneys

6

7                            _____/s/_____
                           JULIA M. JAYNE

8                            ASHLEY RISER
                           Attorneys for Defendant GABRIEL GONZALES

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT
Case No. CR 21-0122 JSW

1

# [PROPOSED] ORDER

2    Based upon the joint status report submitted by the parties, in response to this Court's

3 April 28, 2021 Order, Dkt. 61, the Court hereby orders the Status Conference set for May 11, 2021

4 to occur at 1:15 PM telephonically. Further, the Court finds that Mr. Gonzales waived his right to

5 appear in-person at the Status Conference.

6

7    IT IS SO ORDERED.

8

9    DATED: _____May 7, 2021_____        _____

                                                     Hon. Jeffrey S. White
10                                                   Senior District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER REGARDING JOINT STATUS REPORT
Case No. CR 21-0122 JSW

1