JULIA M. JAYNE (State Bar No. 202753)
ASHLEY RISER (State Bar No. 320538)
JAYNE LAW GROUP, P.C.
803 Hearst Avenue
Berkeley, CA 94710
E-Mail: *ashley@jaynelawgroup.com*
Telephone: (415) 623-3600

Attorneys for Defendant
GABRIEL GONZALES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 21-0122 JSW [LB] |
|---|---|
| Plaintiff, | |
| v. | **GABRIEL GONZALES'** *EX PARTE* **APPLICATION FOR ORDER PERMITTING TRAVEL TO AND ATTENDANCE AT GRADUATION; [Proposed] ORDER** |
| GABRIEL GONZALES, | |
| Defendant. | |

I, Ashley Riser, declare:

1. I represent Defendant Gabriel Gonzales in the above-entitled matter. He is currently released an unsecured $75,000 bond with travel restricted to the Northern District of California and home confinement. The purpose of this application is to request that Mr. Gonzales be allowed to travel and attend his son's graduation on June 8, 2021 from 3:00 PM to 9:00 PM with his mother and grandmother.

2. Mr. Gonzales' Pretrial Officer, Kalisi Kupu, has been provided with the graduation's address and contact information for both his mom and grandma.

3. Officer Kupu does not object to this request.

4. AUSA Joseph Tartakovsky does not object to this request.

5. Mr. Gonzales' mother will drive him to and from the graduation.

6. Based on the foregoing, I respectfully request that the conditions of Mr. Gonzales' release be

modified so that he may be permitted to travel to and attend his son's graduation on June 8, 2021. All other conditions of Mr. Gonzales' release shall remain the same. Furthermore, Mr. Gonzales shall inform his pretrial services officer of all travel-related details.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 7, 2021               /s/
                                  JULIA JAYNE
                                  Attorney for GABRIEL GONZALES

## [PROPOSED] ORDER

Based on the foregoing, and good cause appearing:

**IT IS HEREBY ORDERED** that the conditions of Defendant Gabriel Gonzales' release shall be modified as follows:

Mr. Gonzales is permitted to and attend his son's graduation on June 8, 2021. All other terms and conditions shall remain in place.

DATED: _____          _____
                                   HONORABLE MAG. JUDGE LAUREL BEELER
                                   United States Magistrate Court Judge