UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

**Date:** September 22, 2021                                **Time in Court:** 32 minutes

**Judge:** Jeffrey S. White

**Case No.:** 21-cr-00122-01   JSW
United States of America   v. Gabriel Celestine Gonzales
                                               Defendant
                                               Present ( X ) Not Present (  ) In-Custody (  )

| Joseph Tartakovsky | Julia Jayne / Ashley Riser |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk:** Jennifer Ottolini           **Court Reporter:** Diane Skillman

## PROCEEDINGS

**REASON FOR HEARING:**   Change of Plea

**RESULT OF HEARING:**   The Defendant is sworn.
The Court voir dired the Defendant re: Change of Plea
The Defendant pled guilty to Count 1of the Indictment in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) - Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The Defendant remains on pretrial release.

The Defendant is referred to ATIP for final evaluation.

Joint Status Report due: 8-17-21.

**Case Continued to 8-24-21 at 1:15 pm for Status Conference (via AT&T Teleconference)**