JULIA M. JAYNE (State Bar No. 202753)
ASHLEY RISER (State Bar No. 320538)
JAYNE LAW GROUP, P.C.
803 Hearst Avenue
Berkeley, CA 94710
E-Mail: *ashley@jaynelawgroup.com*
Telephone: (415) 623-3600

Attorneys for Defendant
GABRIEL GONZALES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-0122 JSW [DMR] |
| Plaintiff, | |
| v. | **GABRIEL GONZALES' *EX PARTE* APPLICATION FOR ORDER MODIFYING CONDITIONS; [Proposed] ORDER** |
| GABRIEL GONZALES, | |
| Defendant. | |

I, Ashley Riser, declare:

1. I represent Defendant Gabriel Gonzales in the above-entitled matter. He is currently released on an unsecured $75,000 bond with travel restricted to the Northern District of California and home confinement. The purpose of this application is to request:

    a. That Mr. Gonzales' electronic ankle monitor is removed.

    b. That Mr. Gonzales is no longer to home confinement.

    c. That Mr. Gonzales' travel is restricted to the Northern District of California and the Eastern District of California (Vallejo, CA).

2. On June 22, 2021, Mr. Gonzales pled guilty to a single count of Drug Possession with Intent to Distribute. The Honorable Judge Jeffrey S. White referred Mr. Gonzales to an assessment to determine his eligibility for the Alternative to Incarceration Program and set a status conference for August 24, 2021.

3. Mr. Gonzales' Pretrial Officer, Kalisi Kupu, does not object to this request.

4.   AUSA Joseph Tartakovsky does not object to this request.

5.   Based on the foregoing, I respectfully request that the conditions of Mr. Gonzales' release be modified to remove his ankle monitor and home confinement condition. I further request that Mr. Gonzales' travel restrictions are extended to include both the Northern District and Eastern Districts of California. All other conditions of Mr. Gonzales' release shall remain the same.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 24, 2021                         _____/s/_____
                                             ASHLEY RISER
                                             Attorney for GABRIEL GONZALES


**[PROPOSED] ORDER**

Based on the foregoing, and good cause appearing:

**IT IS HEREBY ORDERED** that the conditions of Defendant Gabriel Gonzales' release shall be modified as follows:

Mr. Gonzales' ankle monitor may be removed, and his home confinement condition will be lifted. Further, Mr. Gonzales' travel restrictions are extended to include both the Northern District of California and the Eastern District of California.


DATED: _____         _____
                                   _____

                                   HONORABLE MAG. JUDGE DONNA M. RYU
                                   United States Magistrate Court Judge