1  JULIA M. JAYNE (State Bar No. 202753)
   ASHLEY RISER (State Bar No. 320538)
2  JAYNE LAW GROUP, P.C.
   803 Hearst Avenue
3  Berkeley, CA 94710
   E-Mail: *ashley@jaynelawgroup.com*
4  Telephone: (415) 623-3600

5  Attorneys for Defendant
   GABRIEL GONZALES

6

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,           Case No. CR 21-0122 JSW [DMR]

10           Plaintiff,

11      v.                              **GABRIEL GONZALES'** *EX PARTE*
                                        **APPLICATION FOR ORDER**
12 GABRIEL GONZALES,                    **MODIFYING CONDITIONS; ORDER**

13           Defendant.

14

15      I, Ashley Riser, declare:

16  1. I represent Defendant Gabriel Gonzales in the above-entitled matter. He is currently released

17     on an unsecured $75,000 bond with travel restricted to the Northern and Eastern District of

18     California. On June 22, 2021, Mr. Gonzales pled guilty to a single count of Drug Possession

19     with Intent to Distribute. The Honorable Judge Jeffrey S. White referred Mr. Gonzales to an

20     assessment to determine his eligibility for the Alternative to Incarceration Program and set a

21     status conference for August 24, 2021. The purpose of this request is to respectfully ask the

22     Court to modify the "no contact" provision of Mr. Gonzales' pretrial release to allow for

23     "peaceful" contact.

24  2. On May 15, 2020, the Honorable Magistrate Judge Donna M. Ryu ordered Mr. Gonzales

25     released with conditions. ECF No. 12. The release order included multiple conditions, and

26     Mr. Gonzales "was ordered to have 'no contact whatsoever' with his wife 'unless legally

27     required.'" ECF No. 10. Since May 15, 2020, Mr. Gonzales has abided by the "no contact"

28
                                                        Case No. CR 21-0122 JSW [DMR]
                                                        APPLICATION AND ORDER

1. condition.
2. 3. Mr. Gonzales' Pretrial Officer, Kalisi Kupu, spoke with Mr. Gonzales' wife regarding the modification of the no contact order. Mr. Gonzales' wife stated that she wanted to have contact with Mr. Gonzales. Further, Officer Kupu asked Mr. Gonzales' wife if she would report any violations of the modified order. Mr. Gonzales' wife stated that she would report any violations of the order.
3. 4. Defense counsel respectfully requests that the "no contact" order is modified to read: "Mr. Gonzales is permitted to have peaceful contact with his wife and his children. Mr. Gonzales must not stalk, harass, follow, strike, threaten, assault, keep under surveillance, or block movements of his wife and his children. Mr. Gonzales' wife agrees to report any violation of this condition to Pretrial Services. This order will remain into effect until the conclusion of Mr. Gonzales' case."
4. 5. Mr. Gonzales' Pretrial Officer, Kalisi Kupu, does not object to this request.
5. 6. AUSA Joseph Tartakovsky does not object to this request.
6. 7. Based on the foregoing, I respectfully request that the conditions of Mr. Gonzales' release be modified to remove his ankle monitor and home confinement condition. I further request that Mr. Gonzales' travel restrictions are extended to include both the Northern District and Eastern Districts of California. All other conditions of Mr. Gonzales' release shall remain the same.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 30, 2021

　　　　　　　　　　　　/s/
　　　　　　　　　　　　ASHLEY RISER
　　　　　　　　　　　　Attorney for GABRIEL GONZALES

[

Case No. CR 21-0122 JSW [DMR]
APPLICATION AND ORDER

**ORDER**

Based on the foregoing, and good cause appearing:

**IT IS HEREBY ORDERED** that the conditions of Defendant Gabriel Gonzales' release shall be modified as follows:

Mr. Gonzales is permitted to have peaceful contact with his wife and his children. Mr. Gonzales must not stalk, harass, follow, strike, threaten, assault, keep under surveillance, or block movements of his wife and his children. Mr. Gonzales' wife agrees to report any violation of this condition to Pretrial Services. This order will remain into effect until the conclusion of Mr. Gonzales' case. All other conditions will remain the same.

DATED: July 6, 2021

IT IS SO ORDERED
Judge Donna M. Ryu

HONORABLE MAG. JUDGE DONNA M. RYU
United States Magistrate Court Judge