JULIA M. JAYNE (State Bar No. 202753)
ASHLEY RISER (State Bar No. 320538)
JAYNE LAW GROUP, P.C.
803 Hearst Avenue
Berkeley, Ca 94710
Phone: (415) 623-3600
Email: *ashley@jaynelawgroup.com*

Attorneys for Defendant
GABRIEL CELESTINE GONZALES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>GABRIEL CELESTINE GONZALES,  )<br>  )<br>  Defendant.  )<br>_____ ) | CASE NO. 4:21-CR-00122-JSW<br><br>**JOINT STATUS REPORT IN RESPONSE TO JUNE 22, 2021 ORDER FOR JOINT STATUS REPORT (DOC. 72)** |

On June 22, 2021, this Court ordered the parties to file a joint status report regarding Gabriel Gonzales' Alternatives to Incarceration Program, or ATIP, evaluation.  Doc. 72.  The parties hereby submit the following report.

Defense counsel has been informed by Mr. Gonzales that he had an interview with an ATIP representative. At this time, neither party has received the evaluation report from pretrial services.

The parties expect to go forward with a status conference, which is currently set for August 24, 2021 at 1:00 pm.  That hearing is set for an in-person appearance, but the parties would respectfully request an appearance by Zoom video conference or by telephone, if also preferable to the Court, due to not having a report.  The Defendant will waive his right to be present in the courtroom and proceed via Zoom video or telephone conference.

As previously indicated, Pretrial Services completed an initial ATIP internal screening for Mr.

1 | Gonzales, the results of which indicated that Mr. Gonzales may be eligible for this program.

3 | DATED: August 17, 2021                           Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

__/s/_____
JOSEPH TARTAKOVSKY
Assistant United States Attorney

__/s/_____
JULIA M. JAYNE
ASHLEY RISER
Attorneys for Defendant GABRIEL GONZALES