UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: November 2, 2021                                    Time in Court: 9 minutes

Judge:  Jeffrey S. White

Case No.:  21-cr-00122-01   JSW
United States of America   v. Gabriel Celestine Gonzales
                                         Defendant
                                         Present ( X via telephone) Not Present (  ) In-Custody (  )

| Joseph Tartakovsky | Julia Jayne/ Ashley Riser |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini          Court Reporter: Pamela Hebel

## PROCEEDINGS

REASON FOR HEARING:  Telephonic Status re: ATIP or Referral for PSR

RESULT OF HEARING:   The defendant is not accepted in ATIP.

The Defendant is to continue his counseling, pretrial supervision, and drug testing for the purpose of demonstrating to the Court his commitment to sobriety.

Joint Status report due: 4-26-22

Case Continued to 5-3-22 at 9:30 am (in person calendar) for Status re Deft's progress