JULIA M. JAYNE (State Bar No. 202753)
ASHLEY RISER (State Bar No. 320538)
Jayne Law Group, P.C.
803 Hearst Avenue
Berkeley, CA 94710
Email: ashley@jaynelawgroup.com
Phone: (510) 833-0250

Attorneys for GABRIEL GONZALES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:21-CR-00122-JSW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REQUESTING TELEPHONIC STATUS HEARING |
| v. | |
| GABRIEL GONZALES, | |
| Defendant. | |

There is a status conference scheduled in this case for May 17, 2022 at 9:30 A.M. Doc. 87. The parties hereby stipulate and respectfully request that the in-person May 17, 2022 at 9:30 A.M. status conference be vacated, and this matter moved to the May 17, 2022 at 12:00 P.M. telephonic calendar.

The parties confirmed the Court's availability on this date with the Courtroom Deputy.

Undersigned defense counsel certifies that she obtained approval from the Assistant United States Attorney to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:   April 19, 2022        /s/
                               JOSEPH TARTAKOVSKY
                               Assistant United States Attorney

DATED:   April 19, 2022        /s/
                               ASHLEY RISER
                               Counsel for Defendant Gabriel Gonzales

STIPULATION AND [PROPOSED] ORDER
Case No. 4:21-CR-00122-JSW

1
2
**[PROPOSED] ORDER**

3   **IT IS SO ORDERED.**
4
5   DATED: _____          _____
                                            HON. JEFFREY S. WHITE
6                                           Senior United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28